UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FREDERICK BANKS #05711-068** | **CASE NO. 2:21-CV-00011 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FEDERAL BUREAU OF PRISONS ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 9] of the Magistrate Judge, recommending that petitioner's petition for writ of habeas corpus [doc. 1] be denied and dismissed because it is duplicative of two other suits filed by petitioner in this court. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 9] be **ADOPTED**, that the petition [doc. 1] be **DENIED** and **DISMISSED** as duplicative.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**